No. 93–7552. MONROE v. CITY OF KENT. C. A. 9th Cir. Certiorari denied.

No. 93–7557. PEARCE v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 93–7559. PURIFOY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–7561. MOORE v. THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–7562. McCONNELL v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7566. CHORNEY v. WEINGARTEN ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–7570. SIPOS v. WILLIAMSON. C. A. 9th Cir. Certiorari denied.

No. 93–7571. KINES v. GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–7572. GENNINGER v. BOSTON MAGAZINE, INC., ET AL. App. Ct. Mass. Certiorari denied.

No. 93–7574. ISTVAN v. WILLOUGHBY OF CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7575. FRANKLIN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–7578. BRIBIESCA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–7587. BURTON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–7588. DiCESARE v. STOUT ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–7592. CLOUTIER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.